

**NUMBER 13-08-00130-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**MATTHEW SAYLES,**                                       **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                   **Appellee.**

### On Appeal from the 319th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Vela
Memorandum Opinion Per Curiam**

Appellant, Matthew Sayles, attempts to appeal his conviction for possession of cocaine. The trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On March 12, 2008, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant

has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

On March 27, 2008, counsel filed a motion to withdraw from this case on grounds he was not retained for purposes of appeal. Counsel's motion states that he is "unaware of any meritorious grounds for appeal in this cause." Counsel's response does not establish that the certification currently on file with this Court is incorrect or that appellant otherwise has a right to appeal.

The Texas Rules of Appellate Procedure provides that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4.

Accordingly, this appeal is DISMISSED. Counsel's motion to withdraw is DISMISSED AS MOOT.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered
and filed this the 10th day of April, 2008.